UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| **ALLEN S. COUTURE,** *et al.,*<br><br>                 Plaintiffs,<br><br>   v.<br><br>**LLOYD J. AUSTIN, III**, in his official capacity as Secretary of Defense, *et al.*,<br><br>                 Defendants. | Case No. 8:22-cv-121-JLB-SPF |

**DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE A RESPONSE TO PLAINTIFFS' AMENDED COMPLAINT**

Defendants respectfully request that the Court extend their deadline to respond to Plaintiffs' amended complaint by 30 days to June 14, 2023. Good cause exists to grant this motion, as set forth below.

1. Plaintiffs filed the operative amended complaint on June 24, 2022. ECF No. 44. Before Defendants filed a response, the Court stayed this action on August 15, 2022. ECF No. 48.

2. The Court lifted the stay on March 24, 2023, ECF No. 53, and entered an order on April 11, 2023 that requires Defendants to file a response to Plaintiffs' amended complaint on or before May 15, 2023, ECF No. 56.

3. Subsequently, on May 9, 2023, the President revoked both Executive Orders setting forth the vaccination requirements challenged in this lawsuit. *See*

1

Executive Order on Moving Beyond COVID-19 Vaccination Requirements for Federal Workers.[1]

4. Defendants respectfully submit that an extension of their current May 15 deadline to respond to Plaintiffs' amended complaint is warranted in light of these recent developments. The extension requested in this motion would enable Defendants to assess the impact of the President's recent Executive Order on this litigation and, if it remains necessary, prepare an appropriate response to Plaintiffs' amended complaint based on the most up-to-date information.

5. For the foregoing reasons, Defendants respectfully request that the Court enter an order extending their deadline to respond to Plaintiffs' amended complaint by 30 days, until June 14, 2023.

## LOCAL RULE 3.01(g) CERTIFICATION

Undersigned counsel conferred with Plaintiffs' counsel by email on May 5 and May 9, 2023. Plaintiffs' counsel consents to the relief requested in this motion.

Dated: May 10, 2023          Respectfully Submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

CHRISTOPHER R. HALL
CARLOTTA P. WELLS
Assistant Branch Directors

*/s/ R. Charlie Merritt*
R. CHARLIE MERRITT

---

[1] *Available at* https://www.whitehouse.gov/briefing-room/presidential-actions/2023/05/09/executive-order-on-moving-beyond-covid-19-vaccination-requirements-for-federal-workers/.

CODY T. KNAPP
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Tel: (202) 616-8098
Fax: (202) 616-8470
Email: robert.c.merritt@usdoj.gov

*Counsel for Defendants*