IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| ALLEN S. COUTURE, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> LLOYD J. AUSTIN, III, in his official capacity as Secretary of Defense, *et al.*, <br><br> *Defendants.* | No. 8:22-cv-121-JLB-SPF |

**<u>PLAINTIFFS' MOTION FOR LEAVE TO AMEND THEIR COMPLAINT</u>**

Pursuant to Federal Rule of Civil Procedure 15(a)(2), Plaintiffs respectfully move this Court for leave to file a Second Amended Complaint.

Respectfully submitted,

<u>/s/ Nick Whitney</u>
Nick Whitney
AndersonGlenn LLP
10751 Deerwood Park Blvd
Suite 105
Jacksonville, FL 32256
Telephone: (904) 2730-4734
nwhitney@asglaw.com
*Local Counsel*

<u>/s/ Carol A. Thompson</u>
Carol A. Thompson
Federal Practice Group
1750 K Street N.W., Suite 900
Washington, D.C. 20006

Telephone: (202)862-4360
Facsimile:    (888)899-6053
cthompson@fedpractice.com
*Admitted via Special Admission*


*/s/ John J. Michels, Jr.*
John J. Michels, Jr.
Federal Practice Group
1750 K Street N.W., Suite 900
Washington, D.C.  20006
Telephone: (202)862-4360
Facsimile:    (888)899-6053
lmichels@fedpractice.com
*Admitted via Special Admission*

*Counsel for Plaintiffs*